**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br>JAMES LEE DEBERRY,<br><br>    Defendant. | CR-15-73-GF-BMM-JTJ<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 25, 2026. (Doc. 72.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on June 24, 2026. (Doc. 67.) The United States accused James Deberry (Deberry) of violating the conditions of his supervised release by: (1) being charged on December 19, 2025, with the felony offense of Strangulation of a Family Member or Partner, in violation of Mont. Code. Ann. § 45-5-215; (2) being charged on December 19, 2025 with the misdemeanor offense of Family Member or Partner Assault, in violation of Mont. Code Ann. § 45-5-206; by: (3) being convicted on June 1, 2026, of the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code. Ann. § 45-9-102. The Amended Petition further noted that on June 1, 2025, Deberry was convicted of the felony offense of Strangulation of a Family Member or Partner, in violation of Mont. Code. Ann. § 45-5-215, and that the charge of Family Member or Partner Assault, in violation of Mont. Code Ann. § 45-5-206, was dismissed. (Docs. 62 and 64.)

At the revocation hearing Deberry admitted that he had violated conditions 1 and 3 of his supervised release as set forth in the Petitions. The Government moved to dismiss allegation 2, which Judge Johnston granted. (Doc. 67.)

Judge Johnston recommended a sentence of 8 months with no supervised release. (Doc. 72.)

The violations Deberry admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 72) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that James Deberry  be sentenced for a term of custody of 8 months with no supervised release to follow. This sentence shall run concurrently to the sentence imposed in Cause No. CR-19-02-GF-BMM and shall run concurrently with the sentence imposed in state court in Cause No. DC-21-2026-39.

DATED this 13th day of July 2026.

Brian Morris, Chief District Judge
United States District Courts